IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SALSTROM, | No. C 12-05307 EJD (PR) |
| Plaintiff, | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL |
| v. | |
| WARDEN GREG LEWIS, et al. | |
| Defendants. | |

On October 15, 2012, Plaintiff, a California prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging claims against prison officials. (Docket No. 1.) On the same day, the Clerk of the Court sent Plaintiff a notice that he must either pay the full filing fee or submit a complete In Forma Pauperis Application. (Docket No. 3.)

On October 24, 2012, Plaintiff filed a letter indicating that he no longer wished to pursue the case. (Docket No. 4.) Good cause appearing, Plaintiff's motion for voluntary dismissal is GRANTED. See Fed. R. Civ. P. 41(a). This action is hereby DISMISSED.

The Clerk shall terminate all pending motions and close the file.

DATED: 1/18/2013

EDWARD J. DAVILA
United States District Judge

Order Granting Motion to Dismiss
05307Salstrom_dism-vol.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM SALSTROM,

        Plaintiff,

  v.

GREG LEWIS et al,

        Defendant.

Case Number: CV12-05307 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Salstrom E-74300  
Pelican Bay State Prison  
P. O. Box 7500  
Crescent City, CA 95532

Dated: January 22, 2013

        Richard W. Wieking, Clerk  
        /s/ By: Elizabeth Garcia, Deputy Clerk