1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   WILLIAM SALSTROM,                    )        No. C 12-05307 EJD (PR)
                                         )
9              Plaintiff.                )        JUDGMENT
                                         )
10     vs.                               )
                                         )
11                                       )
    WARDEN GREG LEWIS, et al.            )
12                                       )
               Defendants.              )
13                                       )
    _____ )

14

15        The Court has dismissed the instant civil rights action without prejudice at

16   Plaintiff's request.  A judgment of dismissal without prejudice is entered.

17        The Clerk shall close the file.

18

19   DATED: _____1/18/2013_____        _____
                                             EDWARD J. DAVILA
20                                           United States District Judge

21

22

23

24

25

26

27

28