IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SALSTROM,         ) | No. C 12-05307 EJD (PR) |
| Plaintiff.         ) | JUDGMENT |
| vs.         ) | |
| WARDEN GREG LEWIS, et al.         ) | |
| Defendants.         ) | |

The Court has dismissed the instant civil rights action without prejudice at Plaintiff's request. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: 1/18/2013

EDWARD J. DAVILA
United States District Judge

Judgment
05307Salstrom_judgment.wpd                   1